MAHONEY, Respondent, v. BUTTE HARDWARE CO.,
APPELLANT.

[No. 1,364.]

*Mr. F. T. McBride*, and *Mr. B. Noon*, for Appellant.

*Messrs. McHatton & Cotter*, for Respondent.

---

BOUCHER, Respondent v. BARSALOU et al., Appel-
LANTS.

[No. 1,411.]

*Mr. Robert McBride* and *Mr. W. J. Naughten*, for Ap-
pellants.

*Messrs. McHatton & Cotter*, for Respondent.

---

TEAGUE, Respondent v. JOHN CAPLICE CO., Appel-
LANT.

[No. 1,501.]

*Mr. Jesse B. Roote*, for Appellant.

*Mr. W. W. Dixon* and *Messrs. McHatton & Cotter* for
Respondent.

---

*On Motions to Dismiss Appeals. Denied.*

[Decided June 7, 1900.]

For Syllabus see, *Ramsey* v. *Burns et al ante p.* 234.

PER CURIAM.—The respondents in each of these cases
move a dismissal of the appeals upon the ground that the un-

dertaking in each is void for ambiguity. The appeals are from judgments and orders refusing new trials. Each undertaking is in form and substance like the undertaking considered in *Watkins* v. *Morris*, 14 Mont. 354, 36 Pac. 452, and *Ramsey*, v. *Burns*, 24 Mont. 234, 61 Pac. Rep. 129. Upon the authority of *Watkins* v. *Morris*, and *Ramsey* v. *Burns*, *supra*, the motions must be denied, and it is so ordered.

*Denied.*